FILED 18 JUL '17 15:58 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:17-CR-00272-BR |
| v. | INDICTMENT |
| MALACHI DUNCAN, | 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846; |
| Defendant. | Forfeiture Allegation(s) |
| | **UNDER SEAL** |

THE GRAND JURY CHARGES:

**COUNT 1**
(Attempted Possession With Intent to Distribute and
Possession With Intent to Distribute Controlled Substance)
(21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846)

Beginning on an unknown date, but no later than February 29, 2017, and continuing until May 11, 2017 in the District of Oregon, defendant **MALACHI DUNCAN** did unlawfully and knowingly attempt to possess with intent to distribute, and did possess with intent to distribute, a detectable amount of 3,4-dichloro-$N$-[2-(dimethylamino)cyclohexyl]-$N$-methylbenzamine, commonly referred to as U-47700, its isomers, esters, ethers, salts and salts of its isomers, esters and ethers, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 846.

//

## FORFEITURE ALLEGATION

Upon conviction the offense in Count 1, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated this 18 day of July 2017.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

BENJAMIN TOLKOFF, NYSB #4294443
Assistant United States Attorney