AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

SEALED

| United States of America | ) |
|---|---|
| v. | ) Case No. 3:17-cr-00272-BR |
| MALACHI DUNCAN | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    MALACHI DUNCAN ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Attempted Possession with Intent to Distribute and Possession with Intent to Distribute Controlled Substance

Date: 07/18/2017

City and State: Portland, OR

s/P. Scheneman
*Issuing officer's signature*

P. Scheneman, Deputy Clerk
*Printed name and title*

Return 7/20/17

This warrant was received on *(date)* DATE , and the person was arrested on *(date)* DEB
at *(city and state)*

ARRESTED BY

Date:

U.S. MARSHAL
cmBennett
*Arresting officer's signature*

BY
*Printed name and title*