FILED 3 MAY '18 8:35USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:17-CR-00272-BR |
| v. | **SUPERSEDING INFORMATION** |
| MALACHI DUNCAN, | 21 U.S.C. § 843(a)(6) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Unlawful Possession of Prohibited Flask,**
**Equipment, Chemicals and Materials)**
**(21 U.S.C. § 843(a)(6))**

On or about May 11, 2017, in the District of Oregon, defendant **MALACHI DUNCAN** did knowingly and unlawfully possess a three-neck round-bottom flask, and other equipment, chemicals and materials which may be used to manufacture a controlled substance, knowing and intending that the three-neck round-bottom flask, equipment, chemicals and materials would be used to manufacture a controlled substance;

In violation of Title 21, United States Code, Section 843(a)(6).

//

//

## FORFEITURE ALLEGATION

Upon conviction the offense in Count 1, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: May 3, 2018

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

_____
BENJAMIN TOLKOFF, NYSB #4294443
Assistant United States Attorney